# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Jason Neal Church, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:20-cv-00180-MOC-WCM |
| vs. | |
| Commissioner of Social Security, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 27, 2021 Order.

August 27, 2021

Frank G. Johns, Clerk
United States District Court